# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA SPEED TECHNOLOGY LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　Defendant. | C.A. No. 13-618-SLR |

## JOINT STIPULATION AND [PROPOSED] ORDER
## OF DISMISSAL WITH PREJUDICE

Plaintiff Data Speed Technology LLC and Defendant International Business Machines Corporation, pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal of all claims brought by Data Speed Technology LLC in this action with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

Dated: August 5, 2013

| | |
|---|---|
| BAYARD, P.A.<br><br>　/s/ Stephen B. Brauerman　<br>Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>Vanessa R. Tiradentes (#5398)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br><br>*Attorneys for Plaintiff Data Speed Technology LLC* | POTTER ANDERSON & CORROON LLP<br><br>　/s/  Richard L. Horwitz　<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br><br>*Attorneys for Defendant International Business Machines Corporation* |

**IT IS SO ORDERED** this _____ day of _____, 2013.

　　　　　　　　_____
　　　　　　　　　　United States District Judge